Case 4:25-cv-01050-O    Document 1    Filed 09/26/25    Page 1 of 16    PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 26 2025

CLERK, U.S. DISTRICT COURT
By _____
Deputy

DEAR JUDGE O'CONNOR                                        9-21-2025

MY NAME IS MICHAEL D. SAMUELSON, AND I AM WRITEING
TO YOU BECAUSE I NEED YOUR HELP SIR, AND I DONT KNOW
WHO ELSE TO TURN TO WITH THESE ISSUES.[2] A PERSON THAT
I KNOW TOLD ME THAT IF I WRITE A FEDERAL JUDGE
THAT THEY WILL HELP ME WITH THIS ISSUE.
THE REASION FOR ME WRITEING YOUR HONOR IS I FEEL
AS IF MY CIVIL RIGHTS HAVE BEEN, AND STILL ARE BEING
VIOLATED, THIS ALL STARTED ON THE 25TH OF JUNE 2023
WHEN I WAS INITALLY ARESTED IN PARKER COUNTY FOR
A MAN-DEL CHARGE, AND TO DATE I AM STILL INCARCIRATED
IN THE PARKER COUNTY JAIL AND HAVENOT BEEN TO COURT.
I AM AND HAVE BEEN AN MHMR PATIENT, DUE TO MENTAL
ILLNESS I SUFFER FROM YOUR HONOR. SENCE BEING IN
THIS COUNTY JAIL I HAVE BEEN REPEDLY QUESTIONED BY
A DETECTIVE MASTERS WITHOUT AN ATTORNEY BEING
PRESENT, EVEN THOUGH THIS DETECTIVE KNOWS IM MHMR
NOT ONLY BECAUSE IVE TOLD THEM SO DURING QUESTIONING,
BUT ALSO BECAUSE IM REGISTERD AS MHMR PATIENT, AND
IT TELLS YOU THIS WHEN MY NAME IS RAN THROUGH
POLICE RECKORDS, IVE BEEN HELD IN THE PARKER
COUNTY JAIL, MY MEDICATION HAS BEEN WITHELD

( 1 )

AND REPEDLY QUESTIONED AND CHARGED WITH CRIMES I HAVENT DONE." THE MIR FACT THAT THIS DETECTIVE MASTERS KEEPS QUESTIONING ME WITHOUT AN ATTORNEY KNOWING IM MHMR, AND THEM WITHOLDING MY MEDICATION, SEEMS AS IF IT VIOCATES MY CIVIL RIGHTS YOUR HONOR" ALSO YOUR HONOR, THE OFFICERS TOOK 77,401 DOLLARS FROM ME IN CASH, THAT I HAVE RECEPTS, SHOWING HOW I MADE IT, AND TO DATE ALMOST 3 YEARS AFTER BEING INCARCIRATED HERE, I STILL HAVE NEVER RECEVED A CONFICATION OR SEIZURE NOTICE ON, MY MONEY TAKEN FROM ME, JUDGE THERE IS SOMETHING VERY WRONG HAPPENING IN THIS COUNTY AND WITH THIS DETECTIVE MASTERS WHO IS A PARKER COUNTY SHERIFF: DETECTIVE HERE, AND I NEED SOME HELP SIR, CAN YOU PLEASE APPOINT A FEDERAL PUBLIC DEFENDER TO THIS TO INVESTIGATE AND HELP ME PROTECT MY CIVIL AND CONSTUTIONAL RIGHTS; OR PLEASE TELL ME WHAT TO FILE OR WHO TO WRITE TO FILE A FORMAL COMPLAINT IN THIS MATTER

(2)

SIR I DONT KNOW WHAT ELSE TO DO, I NEED HELP HERE, IVE BEEN INCARCIRATED FOR ALMOST ON 3 YEARS NOW, AND I SUFFER FROM MENTAL ILLNESS, THEYVE TAKEN ALL MY MONEY, AND NO ONE WANTS TO DO ANYTHING EXCEPT KEEP ME HERE AND TELL ME I'M GUILTY AND HAFT TO TAKE 25 TO 99 YEARS? ANYTHING YOU CAN DO TO HELP ME GET THESE ISSUES RESOLVED YOUR HONOR WOULD BE GREATLY APPRECIATED,

THANK YOU SIR

RESPECTFULLY SUBMITTED

MICHAEL D. SAMUELSON

612 JAMESON ST
WEATHERFORD, TX 76086

( 3 )

9-21-2025

YOUR HONOR,

PLEASE LOOK AT THE DATES OF THESE CASES, THIS OFFICER DELIBERATLY STAGGERD THE CHARGES TO NOT ONLY VIOLATE THE BONDS I WAS FREE ON AT THE TIME, BUT CONTINUED TO CHARGE ME, EVERY FEW DAYS, WEEKS AND MONTHS, IN ORDER TO PREVENT ME FROM MAKING BOND, AND SENCE THIS ACTION BY THIS OFFICER? I CANT GET A BONDSMAN TO TOUCH ME WITH A 10 FOOT POLE!

EX,
1 - 25TH OF JUNE 2023 — FIRST CHARGE I MADE BOND ON
2 - 8TH OF JULY 2023 — CHARGE THEY HELD BACK TO VIOLATE THIS BOND
3 - 19TH OF JULY 2023 — TO KEEP ME INCARCIRATED
4 - 25TH OF JULY 2023 — THIS CHARGE WAS ON MY (3-DAY JUST TO LET ME KNOW THEY COULD)
5 - 12TH OF AUGUST 2023 — TO KEEP ME INCARCIRATED
6 - 18TH OF AUGUST 2023 — " SAME REASION "
7 - 14TH OF SEATEMBER 2023 " SAME REASION "
8 - 11TH OF OCTOBER 2023 " SAME REASION "
9 - 14TH OF OCTOBER 2023 " SAME REASION "
10 - 26TH OF OCTOBAR 2023 " SAME REASION "
11 - 31ST OF OCTOBER 2023 " SAME REASION "

YOUR HONOR IM INCLOSEING THE CASES FOR YOUR INSPECTION, I ASK YOU DOES THIS VIOLATE MY CONSTUTIONAL RIGHTS? ALSO THE BOND AMOUNTS ARE EXCESSIVE,

__MAGISTRATE'S WARNING__    *TOOK MY MONEY AND PROPERTY THAT NEVER MADE IT TO THE JAIL WITH ME.*    Booking No. _____

STATE OF TEXAS – COUNTY OF PARKER   §   Before me, the undersigned magistrate of the State of Texas on this day personally appeared __Samuelson, Michael Dean_____ in the custody of a peace officer, and said person was given the following warning by me:

**WARNING - Part A**

✓ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/these offense(s) (HAS) (HAS NOT) been filed in this Court.

✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment.

✓ You have the right to hire an attorney to represent you.

✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State.

✓ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.*

✓ You have the right to remain silent.

✓ You are not required to make a statement, and any statement you make can and may be used against you in court.

✓ You have the right to stop any interview or questioning at any time.

✓ You have the right to have an examining trial in felony cases only.

**PROBABLE CAUSE DETERMINATION**

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.

(Check One ⬇)

___ I DO NOT WANT a court appointed attorney.

X I DO WANT a court appointed attorney.

X _____
Defendant Warned Signature

_____ 05654 _____
Witness Signature & ID#

__Nelson__
Witness Printed Name

Location Warned:  612 Jameson St, Weatherford, TX 76086

**CHARGES / OFFENSES - PART B**

1. Health and Safety Code 481.112(d) Mon/Mfl (5 PG 1 ≥4G < 20G
   Court of Jurisdiction __County__
   Warrant # __On-View__
   Bond (Magistrate Only) __$50,000.00__

2. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

3. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

4. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

5. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

6. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

7. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

8. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

TOTAL BOND SET AT: __$50,000.00__
_____ Bond Conditions issued  _____ EPO issued.

I have determined that the said person  ☐ is  ☐ is not currently on bond in another cause or causes.  ☑ not determined

Defendant warned and bailed GRANTED/DENIED this __25__ day of __June__, 20__23__ at __10:52__ am/pm by witness of my official signature.

X __Marie E. Ornelas__
_____ Justice of the Peace PCT # _____
_____ County Judge
X Municipal Judge of __Weatherford__

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

Original: Jail - Copies: Judge & Defendant                    Magistrate's Warning 2022

STATE OF TEXAS – COUNTY OF PARKER , §    Before me, the undersigned magistrate of the State of Texas on this day person appeared _Michael Dean Samvelson_____ in the custody of a peace officer, and said person was given following warning by me:

| WARNING – Part A | CHARGES / OFFENSES – PART B |
|---|---|
| ✓ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court. | 1. _Engage In Organized Criminal Activity_ <br> Court of Jurisdiction _District_ <br> Warrant # _ACF0-23-7868_ <br> Bond (Magistrate Only) _100,000_ |
| ___ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment. | 2. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to hire an attorney to represent you. | |
| ✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State. | 3. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.* | 4. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to remain silent. | 5. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> **Bond (Magistrate Only)** _____ |
| ✓ You are not required to make a statement, and any statement you make can and may be used against you in court. | 6. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to stop any interview or questioning at any time. | |
| You have the right to have an examining trial in felony cases only. | 7. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |

**PROBABLE CAUSE DETERMINATION**
Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.
(Check One ➡️)
___ I DO NOT WANT a court appointed attorney.
✗ I DO WANT a court appointed attorney.

X _____
Defendant Warned Signature

_____ 16747
Witness Signature & ID#

_L. Smith_
Witness Printed Name

Location Warned: 612 Jameson St, Weatherford, TX 76086

8. _____
Court of Jurisdiction _____
Warrant # _____
Bond (Magistrate Only) _____

TOTAL BOND SET AT: _100,000_
___ Bond Conditions issued ✓ EPO issued.

I have determined that the said person ☐ is ☐ is not currently on bond in another cause or causes. ☑ not determined

Defendant warned and bailed GRANTED/DENIED this _8th_ day of _July_, 20_23_ at _11:00_ am/pm by witness of my official signature.

X _____
___ Justice of the Peace PCT # _____
___ County Judge
✓ Municipal Judge of _WPMC_

TO THE SHERIFF OF PARKER COUNTY, TEXAS – GREETINGS: You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.
If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? ___ NO ___ YES Country to Notify? _____

Original: Jail · Copies: Judge & Defendant

Magistrate's Warning 2022

EX-3

## MAGISTRATE'S WARNING

Booking No. _____

| STATE OF TEXAS – COUNTY OF PARKER   § Before me, the undersigned magistrate of the State of Texas on this day personally appeared __Samuelson Michael__ in the custody of a peace officer, and said person was given the following warning by me: |
|---|

| WARNING - Part A | CHARGES / OFFENSES - PART B |
|---|---|
| ___ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) **(HAS) (HAS NOT)** been filed in this Court. | 1. _Theft over 30K less than 150K_ <br> Court of Jurisdiction _Palo Pinto_ <br> Warrant # _121729C_ <br> Bond (Magistrate Only) _No Bond_ |
| ✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment. | |
| ✓ You have the right to hire an attorney to represent you. | 2. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State. | 3. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.* | 4. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to remain silent. | 5. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You are not required to make a statement, and any statement you make can and may be used against you in court. | 6. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to stop any interview or questioning at any time. | |
| ✓ You have the right to have an examining trial in felony cases only. | 7. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |

| PROBABLE CAUSE DETERMINATION | |
|---|---|
| Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B. <br> **(Check One ⬇)** <br> ____ I DO NOT WANT a court appointed attorney. <br> ✓ I DO WANT a court appointed attorney. | 8. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| X_____ <br> Defendant Warned Signature | **TOTAL BOND SET AT:** _No Bond_ <br> _____ Bond Conditions issued _____ EPO issued. |
| _____62748_____ <br> Witness Signature & ID# | I have determined that the said person ☐ is ☐ is not currently on bond in another cause or causes. ☑ not determined |
| FTO Marlatt <br> Witness Printed Name | Defendant warned and bailed GRANTED/DENIED this _17_ day of _July_, 20 _23_ at _11_ am/pm by witness of my official signature. |
| Location Warned:   612 Jameson St, Weatherford, TX 76086 | X_____ <br> _✓_ Justice of the Peace PCT # __1__ <br> ____ County Judge <br> ____ Municipal Judge of _____ |

| TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS: You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above. |
|---|
| If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____ |

# MAGISTRATE'S WARNING

STATE OF TEXAS – COUNTY OF PARKER    §    Before me, the undersigned magistrate of the State of Texas on this day personally appeared ___SAMULESON, MICHAEL___ in the custody of a peace officer, and said person was given the following warning by me:

## WARNING - Part A

✓ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) **(HAS) (HAS NOT)** been filed in this Court.

✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment.

✓ You have the right to hire an attorney to represent you.

✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State.

____ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES**
*Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.*

✓ You have the right to remain silent.

____ You are not required to make a statement, and any statement you make can and may be used against you in court.

____ You have the right to stop any interview or questioning at any time.

____ You have the right to have an examining trial in felony cases only.

## PROBABLE CAUSE DETERMINATION

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.
**(Check One ⬇)**

____ **I DO NOT WANT** a court appointed attorney.

✓ **I DO WANT** a court appointed attorney.

X _____
Defendant Warned Signature

_____ 24202

Witness Signature & ID#

_Lindsey_

Witness Printed Name

Location Warned: 612 Jameson St, Weatherford, TX 76086

## CHARGES / OFFENSES - PART B

1. THEFT OF PROP >=150K< 300K _____
   Court of Jurisdiction TARRANT
   _____
   Warrant # __JP0423PC00000126__
   Bond (Magistrate Only) __50,000__

2. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

3. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

4. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

5. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

6. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

7. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

8. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

**TOTAL BOND SET AT:** __50,200__

____ Bond Conditions issued    ____ EPO issued.

I have determined that the said person    ☐ is    ☐ is not currently on bond in another cause or causes.    ☐ not determined

Defendant warned and bailed GRANTED/DENIED this __25__ day of ___July___, 20_23_ at _3:__ am/pm by witness of my official signature.

X _____
____ Justice of the Peace PCT # _____
____ County Judge
____ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

Original: Jail - Copies: Judge & Defendant

(No bond)

Magistrate's Warning 2022

STATE OF TEXAS – COUNTY OF PARKER    §    Before me, the undersigned magistrate of the State of Texas on this day personally appeared Samuelson, Michael in the custody of a peace officer, and said person was given the following warning by me:

| WARNING - Part A | CHARGES / OFFENSES - PART B |
|---|---|
| ___ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court. | 1. oc/ theft Prop 2500K <30k <br> Court of Jurisdiction Tarrant CO <br> Warrant # JP00473 PC0000000150 <br> Bond (Magistrate Only) $50,010.⁹⁰ |
| ___ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment. | 2. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ___ You have the right to hire an attorney to represent you. | |
| ___ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State. | 3. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ___ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.* | 4. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ___ You have the right to remain silent. | 5. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ___ You are not required to make a statement, and any statement you make can and may be used against you in court. | 6. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ___ You have the right to stop any interview or questioning at any time. | |
| ___ You have the right to have an examining trial in felony cases only. | 7. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |

**PROBABLE CAUSE DETERMINATION**

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.
(Check One ⬇)
_X_ **I DO NOT WANT** a court appointed attorney.
___ **I DO WANT** a court appointed attorney.

X _____
Defendant Warned Signature

K PITTS 23477
Witness Signature & ID#

K Pitts
Witness Printed Name

Location Warned:   612 Jameson St, Weatherford, TX 76086

8. _____
Court of Jurisdiction _____
Warrant # _____
Bond (Magistrate Only) _____

TOTAL BOND SET AT: _____ $ 50,010.⁹⁰
_____ Bond Conditions issued   _____ EPO issued.

I have determined that the said person   ☐ is   ☐ is not currently on bond in another cause or causes.   ☑ not determined

Defendant warned and bailed GRANTED /DENIED this _12_ day of ___August___, 20 _23_ at _11:00 AM_ am/pm by witness of my official signature.

X _____
_✓_ Justice of the Peace PCT # _3_
___ County Judge
___ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

STATE OF TEXAS – COUNTY OF PARKER    §    Before me, the undersigned magistrate of the State of Texas on this day personally appeared _Samuelson Michael_ in the custody of a peace officer, and said person was given the following warning by me:

| WARNING - Part A | CHARGES / OFFENSES - PART B |
|---|---|
| ____ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court. | 1. _Oul Theft prop $150 < $300_ <br> Court of Jurisdiction _Tarrant co_ <br> Warrant # _179220_ <br> Bond (Magistrate Only) _20 000_ |
| ✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment. | 2. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to hire an attorney to represent you. | 3. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State. | |
| ✓ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.* | 4. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to remain silent. | 5. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You are not required to make a statement, and any statement you make can and may be used against you in court. | 6. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to stop any interview or questioning at any time. | |
| ✓ You have the right to have an examining trial in felony cases only. | 7. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |

PROBABLE CAUSE DETERMINATION

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.
(Check One ⬇)
____ I DO NOT WANT a court appointed attorney.
✗ I DO WANT a court appointed attorney.

X _(signature)_
Defendant Warned Signature

_(signature)_ 23477
Witness Signature & ID#

_(signature)_
Witness Printed Name

Location Warned:    612 Jameson St, Weatherford, TX 76086

8. _____
Court of Jurisdiction _____
Warrant # _____
Bond (Magistrate Only) _____

TOTAL BOND SET AT: _$20,000⁰⁰_
____ Bond Conditions issued _____ EPO issued.

I have determined that the said person ☐ is ☑ is not currently on bond in another cause or causes. ☑ not determined

Defendant warned and bailed GRANTED/DENIED this _18_ day of _August_, 20 _23_ at _10:30_ am/pm by witness of my official signature.

X _Rd. miles_
_/_ Justice of the Peace PCT # _1_
____ County Judge
____ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

Original: Jail - Copies: Judge & Defendant                                    Magistrate's Warning 2022

STATE OF TEXAS – COUNTY OF PARKER    §    Before me, the undersigned magistrate of the State of Texas on this day personally appeared Simuelson Michael in the custody of a peace officer, and said person was given the following warning by me:

**WARNING - Part A**

✓ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) **(HAS) (HAS NOT)** been filed in this Court.

✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment.

✓ You have the right to hire an attorney to represent you.

✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State.

✓ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES**
*Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.*

✓ You have the right to remain silent.

✓ You are not required to make a statement, and any statement you make can and may be used against you in court.

✓ You have the right to stop any interview or questioning at any time.

___ You have the right to have an examining trial in felony cases only.

**PROBABLE CAUSE DETERMINATION**

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.
(Check One ⬇)

✓ **I DO NOT WANT** a court appointed attorney.

✓ **I DO WANT** a court appointed attorney.

X _____
Defendant Warned Signature

_____45404_____
Witness Signature & ID#

McCarron
Witness Printed Name

Location Warned:   612 Jameson St, Weatherford, TX 76086

**CHARGES / OFFENSES - PART B**

1. Money Laundering = $30K < $150K
   Court of Jurisdiction D. St
   Warrant # PCF3-23-00376
   Bond (Magistrate Only) $100,000

2. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

3. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

4. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

5. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

6. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

7. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

8. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

**TOTAL BOND SET AT:** 100,000

___ Bond Conditions issued    ___ EPO issued.

I have determined that the said person    ☐ is    ☑ is not currently on bond in another cause or causes.    ☐ not determined

Defendant warned and bailed GRANTED/DENIED this 14 day of September, 20 23 at 1130 am/pm by witness of my official signature.

X_____
☐ Justice of the Peace PCT # 2
___ County Judge
___ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

Original: Jail - Copies: Judge & Defendant                    Magistrate's Warning 2022

MAGISTRATE'S WARNING

Booking No. _____

STATE OF TEXAS – COUNTY OF PARKER    §    Before me, the undersigned magistrate of the State of Texas on this day personally appeared SAMUELSON, MICHAEL DEAN in the custody of a peace officer, and said person was given the following warning by me:

| WARNING - Part A | CHARGES / OFFENSES - PART B |
|---|---|
| ✓ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court. | 1. __OC/ARSON/TARRANT CO__ <br> Court of Jurisdiction _TARRANT CO_ <br> Warrant # _1798499-1_ <br> Bond (Magistrate Only) ~~NO BOND~~  $20,000.00 |
| ✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment. | 2. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to hire an attorney to represent you. | |
| ✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State. | 3. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to request the appointment of an attorney if you cannot afford one. DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.* | 4. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to remain silent. | 5. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You are not required to make a statement, and any statement you make can and may be used against you in court. | 6. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) _____ |
| ✓ You have the right to stop any interview or questioning at any time. | |
| ✓ You have the right to have an examining trial in felony cases only. | 7. _____ <br> Court of Jurisdiction _____ <br> Warrant # _____ <br> Bond (Magistrate Only) __$20,000.00__ |

PROBABLE CAUSE DETERMINATION

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.

(Check One ☑)

_____ I DO NOT WANT a court appointed attorney.
_____ I DO WANT a court appointed attorney.

X _____
Defendant Warned Signature

Witness Signature & ID#   056574

_____
Witness Printed Name

Location Warned:   612 Jameson St, Weatherford, TX 76086

TOTAL BOND SET AT: _____ ~~NO BOND~~ _____

_____ Bond Conditions issued    _____ EPO issued.

I have determined that the said person ☐ is  ☐ is not currently on bond in another cause or causes.  ☑ not determined

Defendant warned and bailed GRANTED/DENIED this __11__ day of __October__, 20_23_ at _11:00AM_ am/pm by witness of my official signature.

X _____

_Randall Grissom_
Randall Grissom
Justice of the Peace, Pct #3

_____ Justice of the Peace PCT # _____
_____ County Judge
_____ Municipal Judge of _____

TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS: You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

Original: Jail - Copies: Judge & Defendant                                    Magistrate's Warning 9-2023

EX-9

MAGISTRATE'S WARNING                                            Booking No. _____

**STATE OF TEXAS – COUNTY OF PARKER** § Before me, the undersigned magistrate of the State of Texas on this day personally
Appeared Samuelson, Michael in the custody of a peace officer, and said person was given the following warning by me:

## WARNING - Part A

___ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court.

___ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment.

___ You have the right to hire an attorney to represent you.

___ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State.

___ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.*

___ You have the right to remain silent.

___ You are not required to make a statement, and any statement you make can and may be used against you in court.

___ You have the right to stop any interview or questioning at any time.

___ You have the right to have an examining trial in felony cases only.

## PROBABLE CAUSE DETERMINATION

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.
(Check One ⬇)

___ I DO NOT WANT a court appointed attorney.
___ I DO WANT a court appointed attorney.

Refused To Sign

X __Refused__
**Defendant Warned Signature**

___ 80063
Witness Signature & ID#

_____
**Witness Printed Name**

Location Warned:  612 Jameson St, Weatherford, TX 76086

## CHARGES / OFFENSES - PART B

1. Unl Poss Firearm By Felon
   Court of Jurisdiction  Dist.
   Warrant  PCF323-003812
   Bond (Magistrate Only) __$25,000.00__

2. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

3. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

4. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

5. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

6. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

7. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

8. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

TOTAL BOND SET AT: __$25,000.00__

___ Bond Conditions issued ___ EPO issued.

I have determined that the said person ☐ is ☐ is not currently on bond in another cause or causes. ☑ not determined

Defendant warned and bailed GRANTED/DENIED this __14__ day of __October__, 20__23__ at __10:00 AM__ am/pm by witness of my official signature.

X_____
___ Justice of the Peace PC Randall Grissom
___ County Judge          Justice of the Peace, Pct #3
___ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

Original: Jail - Copies: Judge & Defendant

Magistrate's Warning 2022

**STATE OF TEXAS -- COUNTY OF PARKER** § Before me, the undersigned magistrate of the State of Texas on this day personally appeared ___Samuelson Michael___ in the custody of a peace officer, and said person was given the following warning by me:

| WARNING - Part A | CHARGES / OFFENSES - PART B |
|---|---|
| ✓ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court. | 1. OCL Theft of prop $2500 - $30K |
| | Court of Jurisdiction __Tarrant Co__ |
| ✓ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment. | Warrant # 1300024-1 |
| | Bond (Magistrate Only) __25000__ |
| ✓ You have the right to hire an attorney to represent you. | 2. _____ |
| | Court of Jurisdiction _____ |
| ✓ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State. | Warrant # _____ |
| | Bond (Magistrate Only) _____ |
| You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** | 3. _____ |
| | Court of Jurisdiction _____ |
| *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.* | Warrant # _____ |
| | Bond (Magistrate Only) _____ |
| ✓ You have the right to remain silent. | 4. _____ |
| | Court of Jurisdiction _____ |
| ✓ You are not required to make a statement, and any statement you make can and may be used against you in court. | Warrant # _____ |
| | Bond (Magistrate Only) _____ |
| ✓ You have the right to stop any interview or questioning at any time. | 5. _____ |
| | Court of Jurisdiction _____ |
| You have the right to have an examining trial in felony cases only. | Warrant # _____ |
| | Bond (Magistrate Only) _____ |

**PROBABLE CAUSE DETERMINATION**

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.

(Check One ▼)

_____ I DO NOT WANT a court appointed attorney.
_____ I DO WANT a court appointed attorney.

X _____
Defendant Warned Signature

_____ 50095
Witness Signature & ID#

Sword
Witness Printed Name

Location Warned: 612 Jameson St, Weatherford, TX 76086

6. _____
Court of Jurisdiction _____
Warrant # _____
Bond (Magistrate Only) _____

7. _____
Court of Jurisdiction _____
Warrant # _____
Bond (Magistrate Only) _____

**TOTAL BOND SET AT:** __25000__
_____ Bond Conditions issued _____ EPO issued.

I have determined that the said person ☐ is ☑ is not currently on bond in another cause or causes. ☐ not determined

Defendant warned and bailed GRANTED/DENIED this __26__ day of __October__, 20 __23__ at __1030__ am/pm by witness of my official signature.

X _____

_____
Magistrate's Printed Name
✓ Justice of the Peace PCT # ②
_____ County Judge
_____ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES Country to Notify? _____

Original: Jail - Copies: Judge & Defendant

Magistrate's Warning Effective 9/1/2023

STATE OF TEXAS – COUNTY OF PARKER    § Before me, the undersigned magistrate of the State of Texas on this day personally appeared _Samuelson Michael_ in the custody of a peace officer, and said person was given the following warning by me:

**WARNING - Part A**

☑ You are charged with the offense(s) of: (See Part B) An Affidavit charging you with this/those offense(s) (HAS) (HAS NOT) been filed in this Court.

☑ You have the right to an interpreter if you do not speak or understand the English language or you have a hearing impairment.

☑ You have the right to hire an attorney to represent you.

☑ You have the right to have an attorney present during any interview and questioning by peace officers or attorneys representing the State.

☑ You have the right to request the appointment of an attorney if you cannot afford one. **DOES NOT APPLY TO CLASS C MISDEMEANOR OFFENSES** *Reasonable assistance is available in completing the necessary application and financial statement for Court to determine if you are indigent.*

☑ You have the right to remain silent.

☑ You are not required to make a statement, and any statement you make can and may be used against you in court.

☑ You have the right to stop any interview or questioning at any time.

☑ You have the right to have an examining trial in felony cases only.

**PROBABLE CAUSE DETERMINATION**

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise to show that probable cause exist for the continued detention of the defendant as to the charges listed in PART B.

(Check One ⬇)

☑ I DO NOT WANT a court appointed attorney.

____ I DO WANT a court appointed attorney.

X _____
Defendant Warned Signature

_____
Witness Signature & ID#

_____
Witness Printed Name

Location Warned:  612 Jameson St, Weatherford, TX 76086

**CHARGES / OFFENSES - PART B**

1. _Theft-Prop >=2,500<30k_
   Court of Jurisdiction _Dist_
   Warrant # _PcF3-23-003832_
   Bond (Magistrate Only) _20,000_

2. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

3. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

4. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

5. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

6. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

7. _____
   Court of Jurisdiction _____
   Warrant # _____
   Bond (Magistrate Only) _____

TOTAL BOND SET AT: _20,000_

_____ Bond Conditions issued    _____ EPO issued.

I have determined that the said person    ☐ is    ☐ is not currently on bond in another cause or causes.  ☐ not determined

Defendant warned and bailed GRANTED/DENIED this _31_ day of _October_, 20_23_ at _5:08_ am/pm by witness of my official signature.

X _____

_____
Magistrate's Printed Name
____ Justice of the Peace PCT # _____
☑ County Judge
____ Municipal Judge of _____

**TO THE SHERIFF OF PARKER COUNTY, TEXAS - GREETINGS:** You are directed to receive and place in the jail of your County, the above named defendant warned by me. The said defendant is committed to jail by my order, sitting as magistrate, to answer to the State of Texas before the appropriate Court of Parker County, Texas, at its next term, to be held at the appropriate court of jurisdiction when notified for the offense(s) of a felony/misdemeanor as listed in PART B above. Bail is granted or denied said defendant as stated above.

If you are not a United States citizen and you have been arrested or detained, you are entitled to have us notify your countries consular. Do you want us to notify your consular? _____ NO _____ YES  Country to Notify? _____

Original: Jail - Copies: Judge & Defendant                    Magistrate's Warning Effective 9/1/2023

MICHAEL D. SAMUELSON 33-94143
613 JAMESON ST
WEATHERFORD, TX 76086

RECEIVED
SEP 26 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ATTN: JUDGE REED O'CONNOR
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST ROOM 310
FT WORTH, TX 76102

LEGAL

INDIGENT POSTAGE