**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MICHAEL DEAN SAMUELSON,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 4:25-CV-1050-O** |
| | § | |
| **PARKER COUNTY JAIL, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER AND NOTICE OF DEFICIENCY</u>

Plaintiff, Michael Dean Samuelson, filed what purports to be a civil rights complaint. However, he has not paid the applicable $405.00 filing fee or filed a proper application to proceed *in forma pauperis*. Accordingly, the Court directs the Clerk to mail to Plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a certificate of inmate trust account. If Plaintiff wishes to proceed, by October 24, 2025, he must either pay the $405.00 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. Failure to comply with this order may result in the dismissal of the complaint without further notice for want of prosecution. FED. R. CIV. P. 41(b).

**SO ORDERED** this **29th day** of September, 2025

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**