## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL DEAN SAMUELSON,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | NO. 4:25-CV-1050-O |
| | § | |
| **PARKER COUNTY JAIL, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

For the reasons discussed in the Court's September 29, 2025 order denying appointment of counsel, ECF No. 6, the second such motion filed by Plaintiff, Michael Dean Samuelson, ECF No. 8, is **DENIED**.

**SO ORDERED** this **17th day** of **October, 2025.**

_____

Reed O'Connor

**CHIEF UNITED STATES DISTRICT JUDGE**