**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MICHAEL DEAN SAMUELSON,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 4:25-CV-1050-O** |
| | § | |
| **PARKER COUNTY JAIL, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER EXTENDING TIME

The motion of Plaintiff, Michael Dean Samuelson, for extension of time in which to file his amended complaint is **GRANTED** and the amended complaint must be filed by December 17, 2025. Failure to comply with this order may result in the dismissal of the complaint without further notice for want of prosecution. FED. R. CIV. P. 41(b).

**SO ORDERED** this **18th day** of **November, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**