IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL DEAN SAMUELSON,　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　　　§　　NO. 4:25-CV-1050-O
　　　　　　　　　　　　　　　　　§
PARKER COUNTY JAIL, ET AL.,　　　§
　　　　　　　　　　　　　　　　　§
　　　　Defendants.　　　　　　　 §

## ORDER OF DISMISSAL

By order to replead signed October 17, 2025, the Court pointed out the deficiencies in the complaint filed by Plaintiff, Michael Dean Samuelson, and ordered that within thirty days he must file an amended complaint. ECF No. 12. By order signed November 18, 2025, the Court granted Plaintiff an extension of time until December 17, 2025, in which to comply. The order cautioned that failure to comply might result in the dismissal of the complaint without further notice for want of prosecution. FED. R. CIV. P. 41(b). To date, Plaintiff has not filed his amended complaint. For the reasons set forth in the order to replead, the complaint fails to state a plausible claim. Accordingly, the complaint in this action is **DISMISSED** without prejudice.

**SO ORDERED** this **12th day** of **January, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**